**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 19 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
MITCHELL D. DIVENTURA, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.